175 A.3d 172

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. VASILIO KOUTSOGIANNIS, A/K/A VASILIO KOUTS-GIANNIS, DEFENDANT–PETITIONER.

C–355 September Term 2017
079574

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005772–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.